IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FREDERICK JENSEN,

    Plaintiff,

v.                                               1:17-cv-00743-LF-KBM

DEPOSITORS INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

    Pursuant to the Memorandum Opinion and Order filed concurrently herewith, the Court enters this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and hereby dismisses plaintiff's claims against defendants with prejudice.

_____
Laura Fashing
United States Magistrate Judge
Presiding by Consent